UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-20997-SCOLA

JOHN TARPLEY AND
FREDESVINDA TARPLEY,

    Plaintiff

v.

MIAMI-DADE COUNTY, FLORIDA,
HECTOR SANCHEZ, individually,
JOSE SANCHEZ, individually, and
JOE WILLIAMS, individually,

    Defendant.
_____/

## NOTICE OF FILING PROPOSED SUMMONSES

Plaintiffs, JOHN TARPLEY and FREDESVINDA TARPLEY, hereby file the proposed summonses to be issued to Defendants, MIAMI-DADE COUNTY, FLORIDA, HECTOR SANCHEZ, JOSE SANCHEZ and JOE WILLIAMS, attach hereto as Exhibits 1-4, respectively.

Dated: June 7, 2015.

    Respectfully submitted,

    LOCKE LAW, P.A.
    Attorneys for Plaintiff
    8201 Peters Road, Suite 1000
    Plantation, Florida 33324
    (954) 382-8858 telephone
    (954) 827-0998 facsimile

    By: __/s *Wendell Locke*_____
        Wendell T. Locke, For the Firm
        Florida Bar No. 119260