UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-20997-SCOLA

JOHN TARPLEY and
FREDESVINDA TARPLEY,

    Plaintiff

v.

MIAMI-DADE COUNTY, FLORIDA,
HECTOR SANCHEZ, individually,
JOSE SANCHEZ, individually, and
JOE WILLIAMS, individually,

    Defendant.
_____/

## **ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTED SERVICE**

THIS CAUSE came before the Court on Plaintiff's Motion for Substituted Service, and having reviewed the file and being otherwise full advised in the premises, it is

ORDERED AND ADJUDGED THAT

Plaintiff's Motion for Substituted Service is hereby GRANTED.

Within 21 days of this Order, Miami-Dade County is directed to either make Defendant JOSE SANCHEZ available for service of the Complaint in this case <u>or</u> disclose any and all of the following information in its possession concerning the: (i) residence address, (ii) mailing address, (iii) date of birth, and (iv) social security number of Defendant JOSE SANCHEZ.  Any protections requested by the City of Hollywood regarding its disclosure of personal information regarding Defendant JOSE SANCHEZ shall be presented to the Court by way of a proposed stipulated confidentiality order, which shall be filed on or before _____.  Miami-Dade County is not

required to make disclosures until the confidentiality order is executed and made a part of the record.

DONE AND ORDERED in Chambers in Miami, Florida, this _____ day of June, 2015.

_____
ROBERT N. SCOLA
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record